# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALMA D. CORONA, et al., <br><br> Defendants. | 2:07-CV-1226 JCM (GWF) |

**ORDER**

Presently before the court is the case of *J & J Sports Productions, Inc. v. Asencio et al* (2:07-cv-01226-JCM-GWF).

On October 20, 2009, the parties filed a stipulated judgment as to all defendants (doc. # 73), where El Ranchito Cantina agreed to remit payment in the total sum of $6,000.00 to plaintiff J & J Sports Productions, Inc. The payments of $1,000.00 a month were to begin on May 1, 2009, and continue each month thereafter until paid in full. Further, the parties stipulated that once the six payments were satisfied, the plaintiff would file a satisfaction of judgment and the case would be dismissed. In the event that defendant El Ranchito Cantina was more than ten (10) days late on its payments, the parties stipulated that judgment would be entered against it.

To date, the plaintiff has neither filed a satisfaction of judgment with the court, nor notified the court of the status of the payments.

Accordingly,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff file a status report
2  with the court within ten (10) days, or the court will enter an order of dismissal sua sponte.
3  DATED October 4, 2010.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**